**Order entered April 14, 2104**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00171-CV

### IN THE INTEREST OF E.G.F., ET AL., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-01228**

## ORDER

The reporter's record in this case is overdue. By postcard dated February 19, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid or made arrangements to pay for the record. *We notify appellant that if we receive verification the record has not been requested, or paid for, or no arrangements have been made to pay for the record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c)

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to:

Francheska Duffey
Official Court Reporter, 162nd Judicial District Court.


        /s/      CAROLYN WRIGHT
                    CHIEF JUSTICE